# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

Clifford W. Taylor,
Chief Justice

129843
(38)

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MABLE LORRAINE McDANIELD and
GREGORY A. McDANIELD,
      Plaintiffs-Appellees,

v

JOHN TYLER HEMKER and JOHN
LAWRENCE HEMKER,
      Defendants-Appellants.

SC: 129843
COA: 263150
Mecosta CC: 03-015888-NI

_____/

On order of the Court, the motion for reconsideration of this Court's order of March 8, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



l0522

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

Clerk